HELEN L. LUCKMAN, as Administratrix of the Estate of HERBERT P. LUCKMAN, Deceased, Appellant, *v.* NEW YORK CENTRAL RAILROAD COMPANY, Respondent.

(Submitted December 16, 1932; decided January 10, 1933.)

*Glen R. Bedenkapp* for appellant.

*Mark N. Turner* and *Raymond C. Vaughan* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: CROUCH, J.